AUSA: Timothy E. Garcia Telephone: (313) 226-9522

AO 91 (Rev. 11/11) Criminal Complaint Officer: Christopher Carr Telephone: (313) 771-6555

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Noel Ernesto PINA-Reyes,
aka Manuel Ernesto Reyes

Case No. Case: 2:26−mj−30722
Assigned To : Unassigned
Assign. Date : 11/17/2026
Description: CMP USA V. PINA−REYES (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 14, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Carr, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: November 17, 2026

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Christopher Carr, declare the following under penalty of perjury:

1. I am a Deportation Officer with the United States Department of Homeland Security, United States Immigration and Customs Enforcement (ICE). I have been employed in this capacity since March 2019. Currently, I am assigned to the Criminal Alien Program. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Immigration and Customs Enforcement Officers and record checks of law enforcement databases. I have also reviewed the Alien Registration File and system automated data relating to Noel Ernesto PINA-Reyes, which attests to the following:

2. PINA-Reyes is a 22-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without begin admitted, inspected, or paroled by an Immigration Officer.

3. On or about March 11, 2019, US Border Patrol (USBP) arrested PINA-Reyes near Laredo, TX and Voluntarily Returned him to Mexico.

4. On or about June 10, 2022, BP arrested PINA-Reyes near Laredo, TX and Voluntarily Returned him to Mexico.

5. On or about March 17, 2024, US Customs and Border Protection (CBP) Detroit Contraband Enforcement Team arrested PINA-Reyes during outbound operations and served him with an I-862 Notice to Appear.

6. On or about June 20, 2024, an Immigration Judge in Detroit, MI ordered PINA-Reyes removed to Mexico.

7. On or about July 2, 2024, ICE Air removed PINA-Reyes to Mexico via Brownsville, TX.

8. On or about July 10, 2024, USBP arrested PINA-Reyes near Santa Teresa, NM and served him with an I-871 Notice of Intent/Decision to Reinstate Prior Order.

9. On or about July 12, 2024, USBP removed PINA-Reyes to Mexico via El Paso, TX.

10. On or about July 13, 2024, USBP arrested PINA-Reyes near Santa Teresa, NM and served him with an I-871 Notice of Intent/Decision to Reinstate Prior Order and removed him to Mexico via El Paso, TX on same date.

11. On or about July 17, 2024, USBP arrested PINA-Reyes near Santa Teresa, NM and served him with an I-871 Notice of Intent/Decision to Reinstate Prior Order and removed him to Mexico via El Paso, TX on same date.

12. On or about November 14, 2026, the Woodhaven Police Department in Woodhaven, MI arrested PINA-Reyes for Stolen Vehicle and Dangerous Drugs. PINA-Reyes was found driving the stolen vehicle. A search incident to arrest revealed a crack pipe in his pocket and a baggie of crack in his wallet. Charges are still pending.

13. On or about November 15, 2026, ICE officers arrested PINA-Reyes a Woodhaven Police Department and transported him to the Detroit Field Office.

14. At the Detroit Field Office, PINA-Reyes' fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that PINA-Reyes is a citizen of Mexico with the above immigration history who has been previously removed from the United States. The records checks did not provide any evidence that PINA-Reyes legally entered the United States or had been issued any document or status that would allow him to enter or remain in the United States.

15. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

16. ICE officers reviewed immigration file records and Department of Homeland Security electronic records, indicating that Noel Ernesto PINA-Reyes AXXX XXX 033, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

17. Based on the above information, I believe there is probable cause to conclude that PINA-Reyes is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

*Complainant's signature*

Christopher Carr, Deportation Officer
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Kimberly G. Altman
United States Magistrate Judge

November 17, 2026